IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

YOUNG JAE CHOI,

      Plaintiff,                                                                ORDER

      v.
                                                                                    Case No.  20-cv-953-wmc

SARAH RUSTAD,

      Defendant.

Plaintiff Young Jae Choi a patient at Mendota Mental Health Institute in Madison, Wisconsin has filed a proposed complaint under 42 U.S.C. § 1983, alleging constitutional rights violations.  Plaintiff requests leave to proceed without prepayment of the filing fee.

This court uses one method for determining the indigent status of all institutionalized persons, even those like plaintiff who are not subject to the 1996 Prisoner Litigation Reform Act.  This method requires plaintiff to submit a certified copy of a resident account statement for the *entire* six-month period immediately preceding the filing of the complaint

A certified copy of plaintiff's resident account statement for the entire sixth-month period immediately preceding the filing of the complaint must be provided if plaintiff intends to pursue the request for leave to proceed without prepayment of the filing fee.  Because plaintiff's complaint was submitted on October 15, 2020, the certified resident account statement should cover the period beginning approximately April 15, 2020 and ending approximately October 15, 2020.  If plaintiff fails to submit the

required statement within the deadline set below, I will assume that plaintiff wishes to withdraw this action voluntarily.

## ORDER

IT IS ORDERED that plaintiff Young Jae Choi may have until November 5, 2020 to submit a certified copy of plaintiff's resident account statement for the period beginning approximately April 15, 2020 and ending approximately October 15, 2020. If, by November 5, 2020, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing this case at a later date.

Entered this 15th day of October, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge